Susan Rotkis, VSB 41693
PRICE LAW GROUP, APC
2290 E. Speedway Blvd.
Tucson, AZ 85719
T: 818.600.5533
F: 818.600.5433
susan@pricelawgroup.com

*Attorneys for Debtor Brandy N. Penny*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE EASTERN DISTRICT OF VIRGINIA (RICHMOND)

| | |
|---|---|
| IN RE:<br><br>Brandy N. Penny,<br><br>    Debtor. | Case No.: 20-32040-KLP<br><br>CHAPTER 7 |
| Brandy N. Penny,<br><br>    Movant,<br><br>v.<br><br>Sleep Disorder Center of Fredericksburg, PLC,<br><br>    Respondent. | |

## **<u>NOTICE OF SETTLEMENT</u>**

  Pursuant to Local Rule 9013-1(O), Debtor Brandy N. Penny ("Ms. Penny") hereby provides notice to the Court that her claim against Respondent Sleep Disorder Center of Fredericksburg has been resolved. The parties request that the Court allow 60 days for

1

the parties to document and complete their settlement. Once the settlement is fully completed, Ms. Penny will file a Withdrawal of the pending Motion to Reopen.

In the meantime, the parties request that the Court vacate the zoom hearing scheduled for December 8, 2021.

Respectfully submitted this 2nd day of December, 2021.

**PRICE LAW GROUP, APC**

By: */s/ Susan Rotkis*
Susan Rotkis, VSB 41693
2290 E. Speedway Blvd.
Tucson, AZ 85719
T: 818.600.5533
F: 818.600.5433
susan@pricelawgroup.com

*Attorneys for Debtor Brandy N. Penny*

## PROOF OF SERVICE

      I hereby certify that on December 2, 2021, a true copy of the Notice of Settlement was mailed and e-mailed to counsel for Sleep Disorder Center of Fredericksburg, PLC; the previous Chapter 7 Trustee, Bruce E. Robinson: and the U.S. Trustee per the attached service list.

## SERVICE LIST

**VIA MAIL:**
Counsel for Sleep Disorder Center of Fredericksburg, PLC
Michael D. Mueller
Williams Mullen
Williams Mullen Center
200 South 10th Street, Ste. 1600
P.O. Box 1320 (23218)
Richmond, VA 23219
mmueller@williamsmullen.com


Previous Trustee
Bruce E. Robinson
P.O. Box 538
South Hill, VA 23970-0538

U.S. Trustee
John P. Fitzgerald, III
Office of the U.S. Trustee – Region 4 -R
701 E. Broad Street, Ste. 4304
Richmond, VA 23219


*/s/Florence Lirato*